of Appeals for the Second Circuit denied. *Mr. Christopher C. Cousins* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for respondent.

Nos. 149 and 150. FRITZINGER ET AL. *v.* ILLINOIS. October 8, 1934. Petitions for writs of certiorari to the Supreme Court of Illinois denied. *Mr. Claude U. Stone* for petitioners. *Mr. Montgomery S. Winning* for respondent.

No. 151. SHELTON *v.* UNITED STATES. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Harold J. Bandy* for petitioner. *Solicitor General Biggs* and *Messrs. Amos W. W. Woodcock* and *W. Marvin Smith* for the United States.

No. 152. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* PRYOR & LOCKHART DEVELOPMENT CO. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Solicitor General Biggs* for petitioner. *Mr. George M. Morris* for respondent.

No. 153. CHRISTIE *v.* CLEVELAND HEIGHTS. October 8, 1934. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Mr. Miles E. Evans* for petitioner. *Mr. Edward J. Schweid* for respondent.

No. 155. ILLINOIS CENTRAL R. Co. *v.* HARDIN. October 8, 1934. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. William R. Gentry,*